

# Fourth Court of Appeals
## San Antonio, Texas

November 5, 2025

No. 04-25-00457-CR

**IN RE** Eric **AULD**

Original Proceeding[1]

**ORDER**

Sitting:     Irene Rios, Justice
Lori Massey Brissette, Justice
Velia J. Meza, Justice

Relator filed his petition for writ of mandamus on July 16, 2025. Relator subsequently filed a letter advising that the relief sought in the petition for writ of mandamus was moot and requesting that the petition be withdrawn. The petition for writ of mandamus is **DISMISSED AS MOOT**.

It is so **ORDERED** on November 5, 2025.

_____
Lori Massey Brissette, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of November, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. B16861, styled *Ex Parte Eric Daniel Auld*, pending in the 198th Judicial District Court, Kerr County, Texas, the Honorable M. Patrick Maguire presiding.